IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No. 1:20-cr-18-AW-GRJ

ANTHONY HERNANDEZ,

      **Defendant.**
_____/

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, ECF No. 13, to which there has been no timely objection, and subject to this court's consideration of the plea agreement pursuant to Federal Rule of Criminal Procedure 11, Defendant's plea of Guilty to Counts One and Two of the Information against him is hereby ACCEPTED. All parties shall appear before the court for sentencing as directed.

SO ORDERED on July 21, 2020.

                                                      s/ *Allen Winsor*
                                                      United States District Judge